**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(TAMPA DIVISION)**

EB RUMBLE FRANCHISING, LLC,
a Virginia limited liability company

Case No. 8:26-cv-2383

Plaintiff,

vs.

THREE SOUTH TAMPA LLC,
a Florida Limited Liability Company,
ONE HILLSBOROUGH LLC,
a Florida Limited Liability Company,
TEMPER STUDIOS LLC,
a Florida Limited Liability Company,
HENRY TAYLOR,
a resident of Florida, and
HALEY HUNT,
a resident of Florida,

Defendants.
_______________________________________/

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT REGARDING TIME-SENSITIVE MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff EB Rumble Franchising, LLC ("Plaintiff"), by and through the undersigned counsel and pursuant to Rule 3.01(i) of the Local Rules of the United States District Court for the Middle District of Florida, respectfully requests that Oral Argument be scheduled for Plaintiff's time-sensitive Motion for Preliminary Injunction, and states the following in support:

Plaintiff respectfully requests oral argument on Plaintiff's Motion for Preliminary Injunction, filed contemporaneously with this request, because oral

argument would aid the Court in resolving the issues presented by the motion.

The undersigned estimates that the time required for oral argument is approximately 20 minutes per side.

WHEREFORE, Plaintiff requests that this Court enter an order permitting an oral argument on its time-sensitive Motion for Preliminary Injunction for a time period of 20 minutes per side, to be set following the conclusion of briefing on the Motion for Preliminary Injunction.

Dated: August 14, 2026

Respectfully submitted,

/s/ Theresa Nolan Breslin
Theresa Nolan Breslin (FL # 97821)
LATHROP GPM LLP
1015 15th Street NW, Suite 1050
Washington, D.C. 20005
Telephone: 202.295.2200
Facsimile: 202.295.2224
theresa.breslin@lathropgpm.com

Craig P. Miller (*pro hac vice* forthcoming)
LATHROP GPM LLP
3100 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612.632.3258
craig.miller@lathropgpm.com

Cassie L. Doutt (*pro hac vice* forthcoming)
LATHROP GPM LLP
2029 Century Park East
Suite 1280N
Los Angeles, CA 90067-1623
Telephone: 310.789.4630
Facsimile: 310.789.4601
cassie.doutt@lathropgpm.com

**ATTORNEYS FOR PLAINTIFF**